**FILED**

09/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0627

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0627

_____

IN RE THE MARRIAGE OF:

DAWN TAYLOR,

      Petitioner and Appellant,

  v.

ORDER

JOHN TAYLOR,

      Respondent and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David Cybulski, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 13 2023